**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

IN RE: AFFILIATED FOODS SOUTHWEST, INC., DEBTOR    CASE NO. 4:09-bk-13178T
CHAPTER 7

**MOTION FOR AND NOTICE OF**
**SALE OF PERSONAL PROPERTY AT PRIVATE SALE**

Comes RICHARD L. COX, Trustee, and moves for an Order of the Court authorizing the sale of the property described herein free and clear of liens at private sale, and in support thereof states:

1. RICHARD L. COX is the duly appointed, acting and authorized Trustee in this case.

2. The Debtor's estate includes three (3) above ground fuel tanks located at 12103 Interstate 30, Little Rock, Arkansas.

3. The Trustee moves to sell said fuel tanks at private sale free and clear of liens to Magness Oil Company for $7,500.00 per tank, i.e. $22,500.00 "AS IS/WHERE IS" with no warranty of fitness for any particular use pursuant to the Offer and Acceptance attached to the Court's copy of this motion.

4. Liens on the property, if any, including but not limited to U.S. Bank National Association, in its capacity as a lender and as the administrative agent for various other lenders and GE Electric Capital Corporation, shall attach to the proceeds of the sale.

5. The Trustee believes this sale is in the best interest of the estate.

6. The Trustee proposes his sale in accordance with the notice incorporated herein as set forth immediately below:

> PLEASE TAKE NOTICE, that pursuant to 11 U.S.C. Section 363, RICHARD L. COX, Trustee of the estate captioned above, intends to sell at private sale all of the right, title and interest of the Debtor's estate in and to three (3) above ground fuel tanks located at 12103

2

Interstate 30, Little Rock, Arkansas to Magness Oil Company for $22,500.00.

The sale will be for cash and will be free and clear of liens and claims of all creditors.

The proceeds of sale shall first be charged to Trustee's fees and cost of notice to creditors.

Any creditor or party in interest desiring to object to the sale as set forth above should file a written objection with the Bankruptcy Court, 300 West Second Street, Little Rock, Arkansas 72201, and serve a copy on the undersigned Trustee at his address shown below on or before 5:00 p.m. October 28, 2009.

If no objections are filed on or before 5:00 p.m. October 28, 2009, the Trustee's Motion to Sell Property will be approved without further notice.

WHEREFORE, the Trustee prays for an order of this Court authorizing the sale of three (3) above ground fuel tanks to Magness Oil Company free and clear of liens at private sale for a sale price of $22,500.00 cash and authorizing the Trustee to execute a Bill of Sale to Magness Oil Company upon payment of said $22,500.00 to the Trustee.

                                          RICHARD L. COX, Trustee
                                          By His Attorney
                                          RICHARD L. COX
                                          835 Central Avenue, Suite 510
                                          Hot Springs, Arkansas 71901

                                          By: /s/ *Richard L. Cox*
                                                RICHARD L. COX

**CERTIFICATE OF SERVICE**

I, RICHARD L. COX, do hereby certify that I have on this 8th day of October 2009 mailed notice to all interested parties listed on the limited by U. S. Mail Postage Prepaid, to the U.S. TRUSTEE, GRETA BROUGHY and CAL McCASTLAIN by ECF.

                                            */s/ Richard L. Cox*
                                            RICHARD L. COX