UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: AFFILIATED FOODS SOUTHWEST, INC., DEBTOR          CASE NO. 4:09-bk-13178T
                                                                                                             CHAPTER 7

ORDER GRANTING MOTION FOR AND NOTICE OF
SALE OF PERSONAL PROPERTY AT PRIVATE SALE

On this day comes on for consideration the motion of RICHARD L. COX, Trustee, for an Order of the Court authorizing the sale of the property described herein free and clear of liens at private sale, and the Court finds as follows:

1. RICHARD L. COX is the duly appointed, acting and authorized Trustee in this case.

2. The Debtor's estate includes a 53' Trailer #1217 VIN 1UYVS2532XU044441 located at 12103 Interstate 30, Little Rock, Arkansas.

3. The Trustee moves to sell said trailer at private sale free and clear of liens to Charles Gatrell for $3,000.00 "AS IS/WHERE IS" with no warranty of fitness for any particular use pursuant to a Personal Property Offer and Acceptance, a copy of which was attached to the Court's copy of the Trustee's motion filed March 15, 2010.

4. This sale is in the best interest of the estate.

5. The Trustee duly noticed his motion and no timely response thereto has been filed.

6. The Trustee seeks an order of the Court directing the Arkansas Department of Finance and Administration to issue a title to said vehicle to Charles Gatrell upon his production of a copy of the order approving this motion and a Bill of Sale form the Trustee.

IT IS THEREFORE ORDERED that the is authorized to sale a 53' Trailer #1217 VIN 1UYVS2532XU044441 to Charles Gatrell free and clear of liens at private sale for a sale price of $3,000.00 cash and the Trustee is authorized to execute a Bill of Sale to Charles Gatrell upon payment of said $3,000.00 to the Trustee and the Arkansas Department of Finance and Administration is ordered to issue a title to said trailer to Charles Gatrell upon his presentation of a copy of the order approving this motion and a Bill of Sale from the Trustee.

EOD 3/30/2010
by L Schacherbauer

2

_____
HONORABLE RICHARD D. TAYLOR
Chief United States Bankruptcy Judge
Date: March 30, 2010

Distribution via ECF to:

RICHARD L. COX
U.S. TRUSTEE
GRETA BROUPHY