IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: AFFILIATED FOODS SOUTHWEST, INC.,          CASE NO. 4:09-bk-13178-T
         Debtor(s)          CHAPTER 7

**ORDER GRANTING FINAL APPLICATION FOR THE PERIOD MAY 5, 2009
THROUGH AUGUST 13, 2009 BY THE FOOD PARTNERS, LLC,
AS DIVESTITURE AND FINANCIAL RESTRUCTURING ADVISORS
TO THE DEBTORS, RELATING TO THE SALE OF INVENTORY TO AWS**

On this day comes before the Court the Final Application for Professional Services and Expenses filed by The Food Partners, LLC, and the Response filed by the United States Trustee for the Eastern District of Arkansas. The applicant appeared *pro se*; the United States Trustee appeared by her Trial Attorney, Richard H. Sforzini, Jr. The parties having announced to the Court that the matter was settled, it hereby finds:

     1.      The Application dated March 8, 2010 requests fees for services rendered in the amount of $5,046.89, and reimbursement of expenses incurred in the amount of $1,245.27, for a total of $6,292.16.

     2.      The Office of the United States Trustee filed a response to the Application on April 1, 2010, noting that the Application had been reviewed and reported to the Court that the August 13, 2009 Order [Doc. No.798] granted compensation in the amount of $55,493.00 and not $53,932.27 as stated in the final application, and the amount of the remaining fee requested in the final application should be reduced from $5,046.89 to $3,486.16.

     2.      The Food Partners, LLC concurred with the findings of the United States Trustee. It is, therefore,

EOD 4/1/2010
by L Stanley

**ORDERED**, that the Final Application of The Food Partners, LLC is granted in the reduced fee amount of $3,486.16 and reimbursement of expenses of $1,245.27, for a total of $4,731.43.

_____
HONORABLE RICHARD D. TAYLOR
UNITED STATES BANKRUPTCY JUDGE

DATE: _____April 1, 2010_____

SUBMITTED BY:

Richard H. Sforzini, Jr., Trial Attorney
Office of United States Trustee
200 West Capitol, Suite 1200
Little Rock, AR  72201
(501) 324-7357
(501) 324-7388 (Fax)
Richard.H.Sforzini@usdoj.gov

cc:    Richard L. Cox, Trustee
       Greta Brouphy
       Ernie J. Smith, Principal, The Food Partners, 5335 Wisconsin Avenue NW, Suite 410, Washington, DC 20015, esmith@thefoodpartners.com