UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| AFFILIATED FOODS SOUTHWEST, INC., et al. | § § § § | Case No. 4:09-bk-13178 Chapter 7 |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND AUTHORIZING TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA TO REIMBURSE DEFENSE EXPENSES

Before the Court is Tandy Key, Hiram Shute, Larry Cranford, Dwight Sawyer, Brett Wright, Kevin Doucet, and Billy Dickerson's ("Movants") Motion for Relief from the Automatic Stay, to the extent applicable, to Allow Payment of Defense Expenses Under a Directors and Officers Insurance Policy. The Court, having reviewed the Motion and otherwise being fully advised, finds the Motion meritorious and pursuant to 11 U.S.C. §§ 362(d), 541(a) and 105(a), and Fed. R. Bankr. P. 4001(a) and 9014, it is hereby:

ORDERED that, to the extent applicable, the automatic stay imposed by 11 U.S.C. § 362(a) is terminated so as to permit Travelers to reimburse reasonable and necessary Defense Expenses, as that term is defined by Wrap+ Policy No. 104948596 issued by Travelers to Affiliated Foods for the period of May 1, 2008 to June 1, 2009 (the "Policy"), incurred by:

    (a)    Defendants John Mills and Charles Moore; and

    (b)    Third Party Defendants Tandy Key, Hiram Shute, Larry Cranford, Dwight Sawyer, Brett Wright, Kevin Doucet, Billy Dickerson, David Hendrix, Ron Rivers, Steve Wheetley, Al Miller, Clint Caldwell, Randy Arceneaux, John Miller, Vince Cannata, and Rick Talley; and

  (c) in the event they make a request to Travelers for reimbursement or advancement, Third Party Defendants Ron Rehkope, Bob Hudson, and Lex Martinez

since the commencement of this bankruptcy case in connection with in lawsuit styled *Jerry L. Kelley, et al. v. John Mills & Charles Moore v. Vince Cannata, et al.*, Civil Action No. 09-5139-3, in the Circuit Court of Pulaski County, Arkansas, Third Division; and it is further

  ORDERED that nothing in this order shall constitute a waiver, modification or limitation of: (1) Travelers' reservation of all of its rights, remedies, and defenses under the Policy, and or (2) constitute a finding that sums are due and owing, or in what amount, under the Policy; and it is further

  ORDERED that nothing in this Order shall constitute a determination that the proceeds of the Policy are, or are not, property of the Debtor Affiliated Foods' estate or that stay relief is necessary in connection with the relief requested in this motion; and it is further

  ORDERED that this order shall take effect immediately.

Dated: __June 1,_____, 2010

                     _____
                     U.S. BANKRUPTCY JUDGE

Submitted By:

/s/ H. William Allen
H. William Allen
Allen Law Firm, P.C.
212 Center Street
9th Floor
Little Rock, AR 72201
(501) 374-7100

Attorneys for Movants

- 3 -

Agreed As To Form:

/s/ Todd Lewis
Todd Lewis
Conners & Winters, LLP
211 East Dickson Street
Fayetteville, AR  72701
(479) 582-5711

Attorneys for Trustee Richard Cox

- 3 -