**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

| | |
|---|---|
| IN RE: AFFILIATED FOODS SOUTHWEST, INC. | CASE NUMBER 4:09-bk-13178T |
| DEBTOR | Chapter 7 |

| | |
|---|---|
| **RICHARD L. COX, TRUSTEE** | **PLAINTIFF** |
| VS. | AP NO. 2010-_____ |
| **RONALD WENDELL RIVERS and** | |
| **TRANSAMERICA LIFE INSURANCE COMPANY** | **DEFENDANTS** |

## COMPLAINT FOR TURNOVER

The Complaint of RICHARD L. COX, TRUSTEE, Plaintiff, respectfully alleges:

1. Plaintiff is the duly qualified and acting Trustee in this case.

2. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 1334 and 157.

3. This is a core proceeding pursuant to 28 U.S.C. § 157(a)(2)(C).

4. Among the assets of the estate is Policy Number 000G015750 issued by Transamerica Life Insurance Company.

5. The insured under the aforesaid policy is Ronald Wendell Rivers.

6. The owner of the aforesaid policy is the estate.

7. The policy has an undetermined cash surrender value.

8. The Trustee alleges that he is entitled, pursuant to 11 U.S.C. §542, to an order of this court authorizing him to cancel the aforesaid policy and directing Transamerica Life Insurance Company to remit the net cash surrender value to Richard L. Cox, Trustee for the Debtor Affiliated Foods Southwest, Inc.

2

WHEREFORE, RICHARD L. COX, Trustee, Plaintiff, prays for a determination by the Court that the Trustee is entitled to turnover of the net cash surrender value of the aforesaid policy and that Defendant Transamerica Life Insurance Company be ordered to pay the net cash surrender value of said policy to the Trustee, and for all other just and proper relief.

Respectfully submitted,

RICHARD L. COX, Trustee, Plaintiff
By His Attorney
RICHARD L. COX, P.A.
835 Central Avenue, Suite 510
Hot Springs, Arkansas 71901


By: /s/ Richard L. Cox
   RICHARD L. COX